FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2321-WQH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| SEBASTIAN MARIN-LOPEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 5, 1996, within the Southern District of California, defendant SEBASTIAN MARIN-LOPEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Border Patrol Agent that his name was Juan Mendoza-Gonzalez, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 7/15/08

KAREN P. HEWITT
United States Attorney

for CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
7/14/08