AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 08CR 2321-WQH |
| SEBASTIAN MARIN-LOPEZ | CASE NUMBER: 08 MJ 1920 |

    I, <u>SEBASTIAN MARIN-LOPEZ</u>, the above named defendant, who is accused of committing the following offense:

    Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/15/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Marin Lopez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER