FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEBASTIAN MARIN-LOPEZ,<br><br>    Defendant. | Criminal Case No. 08CR2321-WQH<br><br>I N F O R M A T I O N<br>(SUPERSEDING)<br><br>Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

On or about April 29, 2007, within the Southern District of California, defendant SEBASTIAN MARIN-LOPEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer under the Department of Homeland Security that his name was Vernancio Heron-Rodriguez, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 1-21-2008

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:lg:San Diego
8/19/08