ORIGINAL

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

Sebastian Marin-Lopez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2321-WQH

I, Sebastian Marin-Lopez, the above named defendant, who is accused of

18 USC § 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Sebastian Marin
*Defendant*

Charles H. Adair
*Counsel for Defendant*

Before _____
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd